✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MINNESOTA

United States of America
V.
Bruce Betcher

**EXHIBIT AND WITNESS LIST**

Case Number:  05-335 (JMR/FLN)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Franklin L. Noel | Erica H. MacDonald | Thomas H. Shiah |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Not yet scheduled | Kristine Mousseau | Shay A. Agsten |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 11-16-05 | x | x | Dakota County Search Warrant |
| 2 |  | 11-16-05 | x | x | United States District Court Search Warrant |
| 3 |  | 11-16-05 | x | x | CF#05006455 DVD Copy of Bruce Betcher Statement |
| 4 |  | 11-16-05 | x | x | Transcript of Bruce Betcher Statement |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages