**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Criminal No. 05-335 (JMR/FLN)**

United States of America,

        Plaintiff,

vs.

Bruce W. Betcher,

        Defendant.

**DEFENDANT BETCHER'S OBJECTIONS TO THE REPORT AND RECOMMENDATION**

On January 13, 2006, the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota, issued a Report and Recommendation that considered Defendant Bruce W. Betcher's pretrial motions.

These objections are made pursuant to Rule 72.1(c)(2) of the Local Rules of the United States District Court for the District of Minnesota.

### SEARCH WARRANT

Defendant specifically objects to the court's finding that the search warrants issued by the First Judicial District and by the United States District Court, District of Minnesota were valid as set forth at pages 11-14.

### STATEMENT

Defendant specifically objects to the court's finding admitting the statement made to investigating officers on September 19, 2005 as set forth at pages 14-25.

Dated: January 20, 2006                    Respectfully submitted,

                                                      **LAW OFFICES OF**

**THOMAS H. SHIAH, LTD.**

By     **s/Thomas H. Shiah**
Thomas H. Shiah #100365
247 Third Avenue South
Minneapolis, MN 55415
(612) 338-0066

Attorney for Defendant