UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-335 (JMR/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | SECOND SUPERSEDING INDICTMENT |
| Plaintiff, | (18 U.S.C. § 2251(a)) |
| | (18 U.S.C. § 2251(b)) |
| v. | (18 U.S.C. § 2251(e)) |
| | (18 U.S.C. § 2252(a)(2)) |
| BRUCE W. BETCHER, | (18 U.S.C. § 2252(a)(4)(B)) |
| | (18 U.S.C. § 2252(b)(1)) |
| Defendant. | (18 U.S.C. § 2253) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNTS 1-6
(Production of Child Pornography)

On or about the dates listed below, in the State and District of Minnesota, the defendant,

**BRUCE W. BETCHER,**

being the legal guardian and having custody and control of K.B.O., a minor, knowingly permitted K.B.O. to engage in, and to assist another person to engage in, sexually explicit conduct, specifically the lascivious exhibition of the genital and pubic area of K.B.O. and other minors, for the purpose of producing visual depictions of such conduct, where the visual depictions were produced using materials, including but not limited to an Olympus digital camera, that have been mailed, shipped, and transported in interstate and foreign commerce by any means and which visual depictions were actually transported in interstate and foreign commerce, including but not limited to the following computer image files:

SCANNED
APR 25 2006
U.S. DISTRICT COURT MPLS

FILED APR 25 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____

U.S. v. Bruce W. Betcher                         Criminal No. 05-335 (JMR/FLN)

| COUNT | DATE | FILE NAME(S) |
|---|---|---|
| 1 | March 26, 2004 | P3260003.JPG |
| 2 | May 30, 2004 | P5300006.JPG<br>P5300007.JPG<br>P5300008.JPG |
| 3 | July 16, 2004 | P7160023.JPG |
| 4 | September 18, 2004 | P9180001.JPG<br>P9180018.JPG<br>P9180021.JPG<br>P9180022.JPG |
| 5 | October 9, 2004 | PA090058.JPG |
| 6 | November 14, 2004 | PB140004.JPG |

in violation of Title 18, United States Code, Sections 2251(b) and 2251(e).

## COUNT 7-12
(Production of Child Pornography)

On or about the dates listed below, in the State and District of Minnesota, the defendant,

**BRUCE W. BETCHER,**

did knowingly employ, use, persuade, induce, entice, and coerce K.B.O., a minor, to engage in, and to assist another person to engage in, sexually explicit conduct, namely the lascivious exhibition of the genital and pubic area of K.B.O. and other minors, for the purpose of producing visual depictions of such conduct, where the visual depictions were produced using materials, including but not limited to an Olympus digital camera, that have

2

U.S. v. Bruce W. Betcher                         Criminal No. 05-335 (JMR/FLN)

been mailed, shipped, and transported in interstate and foreign commerce by any means, and which visual depictions were actually transported in interstate commerce, including but not limited to the following computer image files:

| COUNT | DATE | FILE NAME(S) |
|---|---|---|
| 7 | March 26, 2004 | P3260003.JPG |
| 8 | May 30, 2004 | P5300006.JPG<br>P5300007.JPG<br>P5300008.JPG |
| 9 | July 16, 2004 | P7160023.JPG |
| 10 | September 18, 2004 | P9180001.JPG<br>P9180018.JPG<br>P9180021.JPG<br>P9180022.JPG |
| 11 | October 9, 2004 | PA090058.JPG |
| 12 | November 14, 2004 | PB140004.JPG |

in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNTS 13-14
(Production of Child Pornography)

On or about the dates listed below, in the State and District of Minnesota, the defendant,

**BRUCE W. BETCHER,**

being the legal guardian and having custody and control of K.O., a minor, knowingly permitted K.O. to engage in, and to assist another person to engage in, sexually explicit conduct, specifically the

U.S. v. Bruce W. Betcher                    Criminal No. 05-335 (JMR/FLN)

lascivious exhibition of the genital and pubic area of K.O. and other minors, for the purpose of producing visual depictions of such conduct, where the visual depictions were produced using materials, including but not limited to an Olympus digital camera, that have been mailed, shipped, and transported in interstate and foreign commerce by any means and which visual depictions were actually transported in interstate and foreign commerce, including but not limited to the following computer image files:

| COUNT | DATE | FILE NAMES |
|---|---|---|
| 13 | May 30, 2004 | P5300010.JPG<br>P5300011.JPG |
| 14 | September 18, 2004 | P9180018.JPG<br>P9180021.JPG |

in violation of Title 18, United States Code, Sections 2251(b) and 2251(e).

## COUNTS 15-16
(Production of Child Pornography)

On or about the dates listed below, in the State and District of Minnesota, the defendant,

**BRUCE W. BETCHER,**

did knowingly employ, use, persuade, induce, entice, and coerce K.O., a minor, to engage in, and to assist another person to engage in, sexually explicit conduct, namely the lascivious exhibition of the genital and pubic area of K.O. and other minors, for the

U.S. v. Bruce W. Betcher                    Criminal No. 05-335 (JMR/FLN)

purpose of producing visual depictions of such conduct, where the visual depictions were produced using materials, including but not limited to an Olympus digital camera, that have been mailed, shipped, and transported in interstate and foreign commerce by any means, and which visual depictions were actually transported in interstate commerce, including but not limited to the following computer image files:

| COUNT | DATE | FILE NAMES |
| --- | --- | --- |
| 15 | May 30, 2004 | P5300010.JPG<br>P5300011.JPG |
| 16 | September 18, 2004 | P9180018.JPG<br>P9180021.JPG |

in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNTS 17-19
(Production of Child Pornography)

On or about the dates listed below, in the State and District of Minnesota, the defendant,

**BRUCE W. BETCHER,**

did knowingly employ, use, persuade, induce, entice, and coerce J.K., a minor, to engage in, and to assist another person to engage in, sexually explicit conduct, namely oral-genital contact and the lascivious exhibition of the genital and pubic area of J.K. and other minors, for the purpose of producing visual depictions of

5

U.S. v. Bruce W. Betcher                           Criminal No. 05-335 (JMR/FLN)

such conduct, where the visual depictions were produced using materials, including but not limited to an Olympus digital camera, that have been mailed, shipped, and transported in interstate and foreign commerce by any means, and which visual depictions were actually transported in interstate commerce, including but not limited to the following computer image files:

| COUNT | DATE | FILE NAME(S) |
| --- | --- | --- |
| 17 | May 30, 2004 | P5300007.JPG<br>P5300008.JPG<br>P5300009.JPG |
| 18 | October 9, 2004 | PA090046.JPG<br>PA090058.JPG<br>PA090065.JPG |
| 19 | December 3, 2004 | PC030010.JPG |

in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNTS 20-21
(Production of Child Pornography)

On or about the dates listed below, in the State and District of Minnesota, the defendant,

**BRUCE W. BETCHER,**

did knowingly employ, use, persuade, induce, entice, and coerce A.W., to engage in, and to assist another person to engage in, sexually explicit conduct, namely the lascivious exhibition of the genital and pubic area of A.W. and other minors, for the purpose of

<u>U.S. v. Bruce W. Betcher</u>                          <u>Criminal No. 05-335 (JMR/FLN)</u>

producing visual depictions of such conduct, where the visual depictions were produced using materials, including but not limited to an Olympus digital camera, that has been mailed, shipped, and transported in interstate and foreign commerce by any means, and which visual depictions were actually transported in interstate commerce, including but not limited to the following computer image files:

| COUNT | DATE | FILE NAME(S) |
| --- | --- | --- |
| 20 | March 26, 2004 | P3260009.JPG<br>P3260011.JPG<br>P3260014.JPG |
| 21 | September 18, 2004 | P9180018.JPG<br>P9180021.JPG<br>P9180022.JPG |

in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNTS 22-24
(Production of Child Pornography)

On or about the dates listed below, in the State and District of Minnesota, the defendant,

**BRUCE W. BETCHER,**

did knowingly employ, use, persuade, induce, entice, and coerce M.K., to engage in, and to assist another person to engage in, sexually explicit conduct, namely the lascivious exhibition of the genital and pubic area of M.K. and other minors, for the purpose of

7

U.S. v. Bruce W. Betcher                          Criminal No. 05-335 (JMR/FLN)

producing visual depictions of such conduct, where the visual depictions were produced using materials, including but not limited to an Olympus digital camera, that have been mailed, shipped, and transported in interstate and foreign commerce by any means, and which visual depictions were actually transported in interstate commerce, including but not limited to the following computer image files:

| COUNT | DATE | FILE NAME(S) |
|---|---|---|
| 22 | July 16, 2004 | P7160015.JPG<br>P7160020.JPG<br>P7160021.JPG<br>P7160025.JPG<br>P7160026.JPG |
| 23 | July 17, 2004 | P7170011.JPG<br>P7170012.JPG |
| 24 | December 12, 2004 | PC120003.JPG<br>PC120004.JPG |

in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNT 25
(Receipt of Child Pornography)

From in or about 2002 to in or about September 2005, in the State and District of Minnesota, the defendant,

**BRUCE W. BETCHER,**

did knowingly receive a visual depiction that had been mailed, shipped, and transported in interstate and foreign commerce, and

8

U.S. v. Bruce W. Betcher                                Criminal No. 05-335 (JMR/FLN)

which contained materials which had been so mailed, shipped, and transported, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, including but not limited to the following computer image and video files:

| | | | | |
|---|---|---|---|---|
| 1. | 8C0555E1d01.jpg | | 15. | 2Young8YMexicans.avi |
| 2. | tnFeba171.jpg | | 16. | doctor_sex.avi |
| 3. | tnFeba191.jpg | | 17. | elevengirlsex01.avi |
| 4. | DA4C5819d01.jpg | | 18. | Fvcd1502.avi |
| 5. | sabban331.jpg | | 19. | girlboyman01.avi |
| 6. | sabban391.jpg | | 20. | india.avi |
| 7. | sabban441.jpg | | 21. | skinhead52.avi |
| 8. | sabban511.jpg | | 22. | BroSisH.asf |
| 9. | sabban551.jpg | | 23. | CarolH.asf |
| 10. | tnsabban401.jpg | | 24. | dee3wayH.asf |
| 11. | tnsabban561.jpg | | 25. | hc_er102H.asf |
| 12. | tnsabban581.jpg | | 26. | mes6H.asf |
| 13. | Olya12.avi | | 27. | Teil3H.asf |
| 14. | three.avi | | 28. | VickyJack4.rm |

in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT 26
(Possession of Child Pornography)

On or about September 19, 2005, in the State and District of Minnesota, the defendant,

**BRUCE W. BETCHER,**

did knowingly possess one (1) or more matters or computer image files which did contain a visual depiction that had been mailed, shipped, and transported in interstate and foreign commerce, and

U.S. v. Bruce W. Betcher                           Criminal No. 05-335 (JMR/FLN)

which was produced using materials which had been so mailed, shipped, and transported, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, including but not limited to the following computer image and video files:

| | | | |
|---|---|---|---|
| 1. | 8C0555E1d01.jpg | 15. | 2Young8YMexicans.avi |
| 2. | tnFeba171.jpg | 16. | doctor_sex.avi |
| 3. | tnFeba191.jpg | 17. | elevengirlsex01.avi |
| 4. | DA4C5819d01.jpg | 18. | Fvcd1502.avi |
| 5. | sabban331.jpg | 19. | girlboyman01.avi |
| 6. | sabban391.jpg | 20. | india.avi |
| 7. | sabban441.jpg | 21. | skinhead52.avi |
| 8. | sabban511.jpg | 22. | BroSisH.asf |
| 9. | sabban551.jpg | 23. | CarolH.asf |
| 10. | tnsabban401.jpg | 24. | dee3wayH.asf |
| 11. | tnsabban561.jpg | 25. | hc_er102H.asf |
| 12. | tnsabban581.jpg | 26. | mes6H.asf |
| 13. | Olya12.avi | 27. | Teil3H.asf |
| 14. | three.avi | 28. | VickyJack4.rm |

in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

### FORFEITURE ALLEGATIONS

Counts 1 through 26 of this Superseding Indictment are hereby re-alleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

As a result of the foregoing offenses, the defendant,

**BRUCE W. BETCHER,**

10

U.S. v. Bruce W. Betcher                    Criminal No. 05-335 (JMR/FLN)

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), all his right, title and interest in:

(1) any visual depiction described in section 2251, 2251A, or 2252 of chapter 110, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of the violations alleged in Counts 1 through 26 of this Superseding Indictment.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred or sold to, or deposited with, a third person;

(3)  has been placed beyond the jurisdiction of the Court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other

11

U.S. v. Bruce W. Betcher                    Criminal No. 05-335 (JMR/FLN)

property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 2251, 2252, and 2253(a).

A TRUE BILL

_____      _____
UNITED STATES ATTORNEY           FOREPERSON