UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
05-CR-335 (JMR/FLN)

**REDACTED**

United States of America      )
                              )
        v.                    )        VERDICT
                              )
Bruce W. Betcher              )

1. We, the jury, find defendant Bruce W. Betcher
_guilty_ of the charge in Count 1.
Not Guilty/Guilty

2. We, the jury, find defendant Bruce W. Betcher
_guilty_ of the charge in Count 2.
Not Guilty/Guilty

3. We, the jury, find defendant Bruce W. Betcher
_guilty_ of the charge in Count 3.
Not Guilty/Guilty

4. We, the jury, find defendant Bruce W. Betcher
_guilty_ of the charge in Count 4.
Not Guilty/Guilty

5. We, the jury, find defendant Bruce W. Betcher
_guilty_ of the charge in Count 5.
Not Guilty/Guilty

SCANNED
MAY 17 2006
U.S. DISTRICT COURT ST. PAUL

6. We, the jury, find defendant Bruce W. Betcher __guilty__ of the charge in Count 6.
Not Guilty/Guilty

7. We, the jury, find defendant Bruce W. Betcher __guilty__ of the charge in Count 7.
Not Guilty/Guilty

8. We, the jury, find defendant Bruce W. Betcher __guilty__ of the charge in Count 8.
Not Guilty/Guilty

9. We, the jury, find defendant Bruce W. Betcher __guilty__ of the charge in Count 9.
Not Guilty/Guilty

10. We, the jury, find defendant Bruce W. Betcher __guilty__ of the charge in Count 10.
Not Guilty/Guilty

11. We, the jury, find defendant Bruce W. Betcher __guilty__ of the charge in Count 11.
Not Guilty/Guilty

12. We, the jury, find defendant Bruce W. Betcher __guilty__ of the charge in Count 12.
Not Guilty/Guilty

13.  We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 13.
Not Guilty/Guilty

14.  We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 14.
Not Guilty/Guilty

15.  We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 15.
Not Guilty/Guilty

16.  We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 16.
Not Guilty/Guilty

17.  We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 17.
Not Guilty/Guilty

18.  We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 18.
Not Guilty/Guilty

19.  We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 19.
Not Guilty/Guilty

20. We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 20.
Not Guilty/Guilty

21. We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 21.
Not Guilty/Guilty

22. We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 22.
Not Guilty/Guilty

23. We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 23.
Not Guilty/Guilty

24. We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 24.
Not Guilty/Guilty

25. We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 25.
Not Guilty/Guilty

26. We, the jury, find defendant Bruce W. Betcher
__Guilty__ of the charge in Count 26.
Not Guilty/Guilty

Date: __5/12/06__

███████████████████
FOREPERSON