LAW OFFICES OF _____

## THOMAS H. SHIAH, LTD.

247 THIRD AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55415

Phone (612) 338-0066
Fax (612) 338-1173
e-mail: shiah@qwest.net
Cell (612) 508-8787

December 4, 2006

Chief Judge James M. Rosenbaum
United States District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re:    United States v. Bruce W. Betcher
                Criminal No. 05-335

Dear Judge Rosenbaum:

      In order to provide some context for Mr. Betcher's sentencing, I have obtained data about the sentences imposed in federal cases involving the manufacture of and distribution of child pornography. This information comes in two forms: statistics and reported decisions.

STATISTICS

      The tables included here present data about the sentences that have been imposed for convictions for production and distribution of child pornography (18 U.S.C. §§ 2251 and 2252 respectively) from the Department of Justice's Bureau of Justice Statistics. The data show a trend of increasing sentences over the last decade for production of child pornography. Within the 10-year period, the mean sentence has more than doubled. However, even in 2004, the most recent year for which this sentencing data is available, the mean length of imprisonment for § 2251 convictions was 161.38 months.

      For defendants convicted of distribution of child pornography, sentences have been somewhat stagnant, with a slight increase in the last decade. In 2004, the mean length of imprisonment was 59.62 months.

      The data obtained from the BJS' Federal Statistics Program and a chart showing the trends in terms of imprisonment for producing and distributing child pornography is as follows:

18 U.S.C. s 2251

| | Imprisonment | | Probation | |
|---|---|---|---|---|
| Year | # of Terms Imposed | Mean Length of Term | # of Terms Imposed | Mean Length of Term |
| 1994 | 4 | 75.5 | 0 | 0 |
| 1995 | 6 | 132.64 | 0 | 0 |
| 1996 | 9 | 90 | 0 | 0 |
| 1997 | 16 | 101.63 | 2 | 42 |
| 1998 | 32 | 143.41 | 1 | 60 |
| 1999 | 21 | 176.81 | 0 | 0 |
| 2000 | 29 | 195.31 | 1 | 36 |
| 2002 | 38 | 179.34 | 1 | 24 |
| 2002 | 46 | 195.54 | 2 | 48 |
| 2003 | 59 | 207.86 | 1 | 36 |
| 2004 | 81 | 161.38 | 1 | 36 |

18 U.S.C. s 2252

| | Imprisonment | | Probation | |
|---|---|---|---|---|
| Year | # of Terms Imposed | Mean Length of Term | # of Terms Imposed | Mean Length of Term |
| 1994 | 31 | 38.19 | 20 | 36.25 |
| 1995 | 40 | 31.95 | 17 | 36.71 |
| 1996 | 109 | 29.14 | 33 | 42.45 |
| 1997 | 183 | 26.79 | 55 | 47.44 |
| 1998 | 225 | 38.86 | 48 | 46.69 |
| 1999 | 313 | 39.13 | 55 | 45.11 |
| 2000 | 272 | 48.88 | 35 | 48 |
| 2002 | 174 | 50.48 | 26 | 50.69 |
| 2002 | 178 | 49.42 | 14 | 40.71 |
| 2003 | 185 | 45.86 | 23 | 47.61 |
| 2004 | 190 | 59.62 | 11 | 48 |

**Terms of Imprisonment Imposed**



*Data obtained from BJS' Federal Justice Statistics (http://fjsrc.urban.org).*

PRECEDENT

In addition to the general sentencing data, sentences imposed in cases involving similar facts to those present in this case have been reported. These are summarized below.

In <u>United States v. Bach</u>, 400 F.3d 622 (8th Cir. 2005), the defendant took photos of a 16-year-old boy engaged in sexual activities. He uploaded the photos to his computer and distributed the photos to another minor with whom he corresponded. Bach was found guilty of three counts of possession and distribution of child pornography and one count of production. For distribution and possession, Bach was sentenced to concurrent sentences of 121 months, and for production Bach was sentenced to 180 months imprisonment to run concurrently with the other three sentences.

In <u>United States v. Hampton</u>, 260 F.3d 832 (8th Cir. 2001), the defendant was convicted of sexually abusing a 4-year old girl that he watched one day a week. Police found tapes documenting this abuse, and Hampton was charged with production and possession of child pornography. The defendant pled guilty to four counts of production and one count of possession. He was sentenced to three concurrent terms of 240 months imprisonment for production and a 60 month concurrent term of imprisonment for possession. For the fourth count of production, he was sentenced to a consecutive term of 53 months, which resulted in a total term of imprisonment of 293 months in prison.

Respectfully submitted,

s/Thomas H. Shiah
Thomas H. Shiah #100365
247 Third Avenue South
Minneapolis, MN 55415
(612) 338-0066

ATTORNEY FOR DEFENDANT